# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

SELENA HEBERT,

        Plaintiff,

v.                                          CIVIL ACTION NO. 2:15-cv-04500

CITY OF NITRO POLICE
DEPARTMENT, et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On November 21, 2019, Magistrate Judge Tinsley submitted the Proposed Findings of Fact and Recommendation [ECF No. 27] ("PF&R"), recommending the court grant defendants, City of Nitro Police Department and Sgt. Raynes's, Motion for Summary Judgement. [ECF No. 25]. To date, no objections to Magistrate Judge Tinsley's PF&R have been filed, and the time period for the filing of objections has passed.

Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **GRANTS** the defendants' Motion for Summary Judgment as to all the plaintiff, Selena Hebert's, claims [ECF No. 25]. The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                        ENTER:      December 23, 2019

                                        _____
                                        JOSEPH R. GOODWIN
                                        UNITED STATES DISTRICT JUDGE